IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Craig B. Stoneburner, 2715 Millwood LLC, 2731 Millwood LLC, 1105 Fairview LLC, 1107 Fairview LLC, 1921 Barnwell LLC, 1923 Barnwell LLC, 1925 Barnwell LLC,<br><br>     Plaintiffs,<br><br>vs.<br><br>Jerry Thompson, Tim Ryan, Matthew Lamm, Fred Delk, Mark Mylotte, and City of Columbia,<br><br>     Defendants. | C/A: 3:12-3551-JFA<br><br><br><br><br><br>ORDER<br>FOR ADDITIONAL BRIEFING |

  After reviewing the briefs on file in this case and hearing extensive oral argument, this court is of the opinion that it will be helpful to ask the plaintiff to re-brief the issues in this case.

  Plaintiff's new brief must comply with the local rules of this District and consist of no more than thirty-five pages. When it is necessary to refer to letters and other documentation, those materials should be included in an appendix to the brief, and not quoted in full within the body of the motion or brief. These attachments should be clearly labeled and tabbed.

  As indicated at oral argument, at this juncture, the court must draw all inferences from the known facts in favor of the non-moving party, here the plaintiff. To that end, this court will assume that elected and executive officials of the City of Columbia received input from

1

residents and voters casting homes such as those operated by the plaintiff in a negative light. For this reason, it will not be necessary for the brief to address this issue.

Finally, the plaintiff's brief should contain a list of the ten most egregious actions taken by the defendant, in order of seriousness. Each reference should contain a specific reference to something in the record to support the assertion.

The court will afford the plaintiff twenty-eight days within which to file the new brief. Upon receipt of the new brief, the court will at that time determine whether additional briefing from the defendants and additional oral argument are necessary.

IT IS SO ORDERED.

January 17, 2014                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge